UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO.: 05cr10216 JLT |
| v. ) | |
| ) | VIOLATION: |
| FRANKLIN TORRES ) | Count 1: 8 U.S.C. §1326 |
| a/k/a Reynaldo Delgado, ) | Illegal Re-entry of a Deported Alien |
| a/k/a Anibal R. Montalban, ) | |
| a/k/a Franklin Torres-Severino, ) | |
| Defendant. ) | |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. §1326 – Illegal Re-entry of a Deported Alien

The Grand Jury charges that:

On or about March 11, 2005, at Salem, Massachusetts, in the District of Massachusetts,

**FRANKLIN TORRES,**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326 (a)(1) and (b) (2) and Title 6, United States Code, Section 202(3) and (4) and Section 557.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; August 24, 2005, at _____.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

8/24/05 @ 2:21pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**05 CR 10216 JLT**

**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** ICE

City  Salem  **Related Case Information:**

County  Essex  Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant  x
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   FRANKLIN TORRES  Juvenile  ☐ Yes  ☒ No

Alias Name   Reynaldo Delgado; Anibal R. Montalban; Franklin Torres-Severino

Address   South Bay Correctional Facility (ICE Custody)

Birth date: 1975  SS#: 1499  Sex: M  Race: Hispanic  Nationality: Dominican

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Paul R. Moore  Bar Number if applicable   632312

Interpreter:  ☒ Yes  ☐ No  List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as of  July 29, 2005  in  custody of I.C.E.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment
Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: August 24, 2005  Signature of AUSA:  *P.1 R. M.*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    FRANKLIN TORRES

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. §1326 | Illegal Re-entry of a Deported Alien | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

**District Court Case Number**  (To be filled in by deputy clerk): 05 CR 10216 JLT

**Name of Defendant**    FRANKLIN TORRES

js45 - Illegal Reentry - Torres - 2005.wpd - 3/13/02