UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

Check if previously referred

_U.S._

v.

_Franklin Torres_

CA/CR No. _05-10216-JLT_

Criminal Category _II_

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge _Dein_ for the following proceedings:

(A)    Referred for full pretrial case management, including all dispositive motions.

(B)    Referred for full pretrial case management, not including dispositive motions.

(C)    Referred for discovery purposes only.

(D)    Referred for Report and Recommendation on:

(  ) Motion(s) for injunctive relief
(  ) Motion(s) for judgment on the pleadings
(  ) Motion(s) for summary judgment
(  ) Motion(s) to permit maintenance of a class action
(  ) Motion(s) to suppress evidence
(  ) Motion(s) to dismiss
(  ) Post Conviction Proceedings[1]
See Documents Numbered: _____

(E)    Case referred for events only. See Doc. No(s). _____

(F)    Case referred for settlement.

(G)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
(  ) In accordance with Rule 53, F.R.Civ.P.
(  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)    Special Instructions: _pretrial proceedings_

_8-24-05_
Date

By _Catherine M Gaulet_
Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions