AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ____MASSACHUSETTS____

UNITED STATES OF AMERICA

V.

**FRANKLIN TORRES**
**a/k/a Reynaldo Delgado**
**a/k/a Anibal R. Montalban**
**a/k/a Franklin Torres-Severino**
**DOB: 10/1/1975**

To: The United States Marshal
    and any Authorized United States Officer

**WARRANT FOR ARREST**

## 05 CR 1 0 2 1 6 JLT

CASE NUMBER:  05-_____

YOU ARE HEREBY COMMANDED to arrest _____**FRANKLIN TORRES**_____
                                                              Name

and bring him forthwith to the nearest magistrate to answer a(n)

**X** Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Illegal Re-entry of a Deported Alien;**

in violation of Title __8__ United States Code, Section ___1326(a)(1) and (b)(2)___ ;

_Catherine M. Gawlik_
Name of Issuing Officer

_Catherine M. Gawlik_
Signature of Issuing Officer

_Supervisor_
Title of Issuing Officer

_8-24-05  Boston_
Date and Location

Bail fixed at $ _____   by _____
                                                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant on |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |