UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10216-JLT

UNITED STATES OF AMERICA

v.

FRANKLIN TORRES

## FURTHER ORDER ON EXCLUDABLE TIME

October 12, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

September 29, 2005 through November 8, 2005,

that being the period between the expiration of the initial order on excludable time and the Final Status Conference.

Based upon the prior order of the court dated September 1, 2005, and this order, at the time of the Final Status Conference on November 8, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

                                                / s / Judith Gail Dein
                                                JUDITH GAIL DEIN
                                                United States Magistrate Judge