UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 05-10216-JLT |
| v. | ) | |
| | ) | |
| FRANKLIN TORRES, | ) | |
| a/k/a Reynaldo Delgado, | ) | |
| a/k/a Anibal R. Montalban, | ) | |
| a/k/a Franklin Torres-Severino, | ) | |
| Defendant. | ) | |
| | ) | |

## FINAL STATUS CONFERENCE MEMORANDUM

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, and defendant FRANKLIN TORRES, by and through his counsel, Cathy Byrne, Esq., jointly submit this memorandum to address the issues delineated in L.R. 116.5(A)(1)-(7).

1. The parties do not seek additional relief with regard to the timing requirements imposed by L.R. 116.3.

2. At this juncture, the parties have determined that the matter is ready to be sent to the District Court and that a date for a Rule 11 hearing should be established by that Court.

3. No issues remained which require this Court's attention.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Paul R. Moore
Paul R. Moore
Assistant United States Attorney


FRANKLIN TORRES
Defendant

By:    /s/ Cathy Byrne
Cathy Byrne, Esq.
Counsel for Mr. Torres


DATE: December 6, 2005